BARRY J. PORTMAN
Federal Public Defender
ELLEN V. LEONIDA
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500
Fax: (510) 637-3507
Email: ellen_leonida@fd.org

Counsel for Defendant
MARVIN GAINES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 11-0233 SBA |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING BOND CONDITIONS |
| v. | |
| MARVIN GAINES, | |
| Defendant. | |

Mr. Gaines is charged in a one-count indictment with a violation of 18 U.S.C. 922(g)(1). Mr. Gaines was released on a $50,000 unsecured bond signed by his girlfriend, Shawn Smith, to the supervision of Pretrial Services on April 21, 2011. Among the conditions of Mr. Gaines' release is the requirement that he reside in a halfway house. He was temporarily released to the custody of his foster sister, but returned to the halfway house on August 3, 2011.

It is hereby stipulated, by and between the parties to this action, that the conditions of pretrial release for Marvin Gaines may be modified to allow him to visit his son on Sundays, between 10:00 a.m. and 4:00 p.m.. Pretrial Services Officer Tim Elder is aware of the proposed modification and

has no objection.  All other conditions of release shall remain the same.

DATED: September 6, 2011         /S/
                                 ───────────────────────
                                 JENNIFER GASPAR
                                 Special Assistant United States Attorney


DATED: September 6, 2011         /S/
                                 ───────────────────────
                                 ELLEN LEONIDA
                                 Assistant Federal Public Defender

# ORDER

GOOD CAUSE APPEARING, and pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that in addition to all conditions set forth in the Order Setting Conditions of Release and Appearance Bond entered April 21, 2011 and August 3, 2011, the following conditions are added:

Mr. Gaines may visit his son on Sundays, between 10:00 a.m. and 4:00 p.m..

IT IS SO ORDERED.

DATED: September 9, 2011

HON. LAUREL BEELER
United States Magistrate Judge

CR 11-0233 SBA
Stipulation and [Proposed] Order Modifying
Bond Conditions                     3